UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>JULIO QUEZADA, )<br>    Defendant, )<br>) | CRIMINAL ACTION<br>NO. 04-1748-CBS<br><br>DOCKETED |

ORDER ON THE GOVERNMENT'S MOTION FOR DETENTION
June 14, 2004

**SWARTWOOD, M.J.**

    I.  Nature Of The Offense And The Government's Motion

On June 2, 2004, a Criminal Complaint was filed charging Julio Quezada ("Mr. Quezada"), with knowingly forging, counterfeiting, altering and falsely making non-immigrant visas for entry into and as evidence of authorization to stay in the United States, in violation of 18 U.S.C. §1546(a) and 2.

At Mr. Quezada's initial appearance on June 4, 2004, he was advised of his right to a preliminary examination in accordance with Fed. Crim. P. 5.1 and the Government moved for a detention hearing in accordance with 18 U.S.C. § 3142(f)(2)(A)(risk of flight).

On June 14, 2004, a consolidated probable cause/detention hearing was held and at that hearing, Mr. Quezada waived his right

to a probable cause hearing and assented to an Order of Detention, but reserved his right to a detention hearing in the future.

II. <u>Order of Detention Pending Trial</u>

In accordance with the foregoing memorandum,

IT IS ORDERED:

1. That Mr. Quezada be committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. That Mr. Quezada be afforded a reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request by an attorney for the Government, the person in charge of the corrections facility in which Mr. Quezada is detained and confined shall deliver Mr. Quezada to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

<u>RIGHT OF APPEAL</u>

THE PERSON OR PERSONS DETAINED BY THIS ORDER MAY FILE A MOTION FOR REVOCATION OR AMENDMENT OF THE ORDER PURSUANT TO 18 U.S.C. § 3145(b).

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE