UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Mag. No. 04-1748-CBS |
| ) | |
| JULIO QUEZADA, a/k/a/ WATISUI ) | |

### MOTION TO UNSEAL

The United States of America respectfully moves this Court to unseal the criminal complaint in this matter. In support of this motion, the government states that the defendant has been arrested and an unsealed indictment returned and that continued sealing of said complaint would not be in the best interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Robert E. Richardson
ROBERT E. RICHARDSON
Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

Suffolk, ss.:

Boston, Massachusetts
July 16, 2004

I, Robert E. Richardson, hereby certify that I caused a true and correct copy of the foregoing to be served by first-class mail this date on Timothy Watkins, Esq., Federal Defender Office, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02210, counsel for the defendant.

/s/ Robert E. Richardson
ROBERT E. RICHARDSON